UNITED STATES of America,
Plaintiff and Appellee,

v.

Carl Severe AKERS, Appellant.

No. 71–2470.

United States Court of Appeals,
Ninth Circuit.

March 6, 1972.

Kevin J. McInerney (argued), San Diego, Cal., for appellant.

Thomas M. Coffin, Asst. U. S. Atty., (argued), Harry D. Steward, U. S. Atty., Stephen G. Nelson, Asst. U. S. Atty. & Chief, Criminal Division, San Diego, Cal., for plainiff-appellee.

Before CHAMBERS and CHOY, Circuit Judges, and LYDICK, District Judge.

PER CURIAM:

After pleading guilty to one of two counts involving heroin, Akers attempted to withdraw his plea. After a hearing, his request was denied and so we have this appeal.

We find no abuse of discretion.

The judgment is affirmed.

UNITED STATES of America

v.

Larry Joe BOBBS, Appellant.

No. 71–1948.

United States Court of Appeals,
Third Circuit.

Argued Feb. 8, 1972.

Decided March 2, 1972.

George L. Cass, Buchanan, Ingersoll, Rodewald, Kyle & Buerger, Pittsburgh, Pa., for appellant.

W. Wendell Stanton, Asst. U. S. Atty.; Pittsburgh, Pa. (Richard L. Thornburgh, U. S. Atty., Kathleen Kelly Curtin, Asst. U. S. Atty., Pittsburgh, Pa., on the brief), for appellee.

Before KALODNER, HASTIE and MAX ROSENN, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

On review of the record, we find no reversible error. United States v. Morris, 178 F.Supp. 694 (E.D.Pa.1959), aff'd per curiam 277 F.2d 927 (3 Cir. 1960), cert. denied 364 U.S. 848, 81 S.Ct. 91, 5 L.Ed.2d 72.

The judgment of sentence will be affirmed.